IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN and JUDY MEDVID, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 09 C 3699 |
| | ) | |
| LIEUTENANT BUTKOVIC, | ) | Judge Joan B. Gottschall |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT**

Defendant LIEUTENANT BUTKOVIC, through his undersigned counsel and for his Answer and Affirmative Defense to Plaintiff's Complaint, states as follows:

1. This is a civil action arising under 42 U.S.C. §1983 the jurisdiction of the Court is conferred by 28 U.S.C. §1343.

**ANSWER:** Defendants admit the allegations in paragraph 1.

2. Plaintiffs John and Judy Medvid are residents of the Northern District of Illinois and own a single family dwelling in Will County, Illinois.

**ANSWER:** Defendant lacks knowledge sufficient to form a belief as to the truth of the allegations in paragraph 2.

3. Defendant Lieutenant Butkovic is employed as a police lieutenant by the Sheriff of Will County.

**ANSWER:** Defendant admits that he is employed by the Will County Sheriff's Office and holds the rank of lieutenant.

4. On March 9, 2008, officers employed by the Sheriff of Will County arrived at plaintiffs' home in response to a "past tense domestic trouble incident." The officers did not have a warrant to enter the dwelling.

**ANSWER:** Defendant admits that officers employed by the Will County Sheriff's Office

were dispatched to Plaintiff's residence in response to a domestic dispute. Defendant also admits that none of the officers had a warrant to enter the dwelling. Defendant denies the remaining allegations in paragraph 4.

5. Defendant Butkovic was summoned to the scene after plaintiff John Medvid refused to permit the officers to enter the home.

**ANSWER:** Defendant admits that he was summoned to the scene after John Medvid refused to communicate with the officers on scene. Defendant denies the remaining allegations in paragraph 5.

6. Following his arrival, Butkovic summoned the Will County "Special Operations Group" to the scene to enter plaintiff's dwelling.

**ANSWER:** Defendant admits that he summoned the SOG, but denies the remaining allegations in paragraph 6.

7. At the time he summoned the "SOG," defendant Butkovic could not have reasonably believed that it would be lawful to use deadly force to enter plaintiff's dwelling.

**ANSWER:** Defendant denies the allegations in paragraph 7.

8. Following their arrival at the scene, the "SOG" used deadly force, including flash grenades and tear gas, to enter plaintiffs' dwelling.

**ANSWER:** Defendant denies the allegations in paragraph 8.

9. Plaintiff John Medvid incurred serious personal injuries as a result of the above referred use of deadly force.

**ANSWER:** Defendant denies the allegations in paragraph 9.

10. After the "SOG" had rendered plaintiffs' home uninhabitable, "SOG" officers, whose identities are presently unknown to plaintiffs, entered plaintiffs' home and used excessive and unreasonable force in placing plaintiff John Medvid under arrest.

**ANSWER:** Defendant denies the allegations in paragraph 10.

11. As a result of the foregoing, plaintiffs were deprived of rights secured under the Fourth Amendment to the Constitution of the United States; plaintiffs incurred substantial property damage and plaintiff John Medvid suffered personal injuries and was deprived of his liberty.

**ANSWER:** Defendant denies the allegations in paragraph 11.

12. Plaintiffs hereby demand trial by jury.

**ANSWER:** Paragraph 12 does not contain any allegations against Defendant, and therefore no answer is required.

## AFFIRMATIVE DEFENSE

### Qualified Immunity

In further response to the Complaint, and without waiving any of the denials set forth in the foregoing Answer thereto, Defendant is immune from liability because he did not engage in any conduct that violated Plaintiffs' clearly established statutory or constitutional rights then known to a reasonable officer.

WHEREFORE, for the foregoing reasons, Defendant denies that Plaintiffs are entitled to any relief whatsoever and respectfully requests that this Court enter judgment in his favor and against Plaintiffs, and that he be granted such further and additional relief as this Court deems just and appropriate.

Respectfully submitted,

LIEUTENANT BUTKOVIC

s/ Patrick R. Moran
One of the attorneys for Defendant

Martin W. McManaman
Patrick R. Moran
LOWIS & GELLEN LLP
200 W. Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500